No. 95–9157.   HARRIS *v.* ROE, WARDEN, ET AL.   C. A. 9th Cir. Certiorari denied.

No. 95–9158.   BARBERENA-JIMENEZ *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 95–9160.   BARONE *v.* FELDMEYER ET AL.   Dist. Ct. App. Fla., 5th Dist.   Certiorari denied.

No. 95–9162.   UNDER SEAL *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 95–9165.   KUMAR *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 95–9166.   LEWIS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 95–9167.   KNIGHTON *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 95–9168.   MORGAN *v.* NEVADA BOARD OF PRISON COMMIS-SIONERS ET AL.   Sup. Ct. Nev.   Certiorari denied.

No. 95–9169.   ALLEN *v.* UNITED STATES;
No. 95–9196.   SWIFT *v.* UNITED STATES; and
No. 95–9205.   CIHAK *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 76 F. 3d 1348.

No. 95–9170.   POPEJOY ET AL. *v.* BOSTON POINTE CORP. ET AL. C. A. 11th Cir.   Certiorari denied.

No. 95–9171.   SHERBONDY *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 95–9172.   RUSSELL *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 95–9173.   PENNINGTON *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 95–9174.   SINGLETON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 95–9175.   CURTIS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.